IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TOMMY J. TOWN,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,

        Defendant.

Civil No. CV-06-623-PK

ORDER

Based upon the stipulation of the parties, by and through their respective counsel, it is hereby ORDERED that attorney fees in the amount of $7,000.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. It is further ordered that no costs or expenses are to be paid.

DATED this 29 day of May, 2007.

        /s/ Michael W. Mosman
        UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
PHYLLIS BURKE, OSB #81459   Date: 5/24/07
(503) 460-3200
Attorney for Plaintiff Town

ORDER